IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION, MONITORING, MAINTENANCE, REPAIR, AND REMOVAL OF A GLOBAL POSITIONING SYSTEM MOBILE TRACKING DEVICE ON:<br>A WHITE 2015 VOLVO V60 STATION WAGON BEARING VEHICLE IDENTIFICATION NUMBER ("VIN") YV126MEB7F1190255 | Case No. 21-mj-52-AJ-01 |

## MOTION TO UNSEAL

The United States of America respectfully requests that this entire matter be unsealed, including the Application for a Tracker Warrant, Affidavit in Support, Tracker Warrant, this motion, any ruling on this motion, and all related paperwork and corresponding docket entries in the above-captioned case.

The government respectfully requests that the Tracker Warrant and all corresponding docket entries in the above captioned case be unsealed on the grounds that the defendant has been arraigned.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

Date: October 29, 2021

/s/ *Jennifer Cole Davis*
Jennifer Cole Davis
Assistant U.S. Attorney